**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 02-10871 & 02-10872**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**L. D. RICHARDSON,**

**Defendant-Appellant.**

--------------------
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 5:92-CR-108-1-C
--------------------
February 25, 2003

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD), appointed to represent appellant L. D. Richardson, has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Richardson has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in this appeal.  Accordingly, the motion for leave to withdraw is GRANTED, the FPD is excused from

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u>

5TH CIR. R. 42.2.